**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **Jeanne Marie Scott,** | ) | **CASE NO. 4:12 CV 859** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Carolyn W. Colvin,** | ) | <u>**Order of Remand**</u> |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This Court, having REJECTED the Report & Recommendation of Magistrate Judge Kenneth S. McHargh (Doc. 13), hereby REMANDS this matter to defendant for further proceedings.

IT IS SO ORDERED.

                                        /s/Patricia A. Gaughan
                                        PATRICIA A. GAUGHAN
Date  <u>8/28/13</u>                     United States District Judge